# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA, *ex rel.* GIBRAN AMEER, PHARM. D,<br>                             Plaintiffs,<br><br>v.<br><br>RESMED INC. and RESMED CORP.,<br>                             Defendants. | **C.A. No. 2:15-cv-04842-MBS**<br><br>**FILED *EX PARTE* AND <u>UNDER SEAL</u>** |
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, and the DISTRICT OF COLUMBIA, *ex rel.* THOMAS BAKER,<br>                             Plaintiffs,<br><br>v.<br><br>RESMED INC. and RESMED CORP.,<br>                             Defendants. | **C.A. No. 3:16-cv-00987-MBS**<br><br>**FILED *EX PARTE* AND <u>UNDER SEAL</u>** |

## ORDER PARTIALLY LIFTING THE SEAL

The United States intervened in this action for settlement purposes. The United States requested that the relators' complaints, the notice of intervention, the proposed order partially lifting the seal, and all subsequent filings, including this Order, be unsealed. The United States also requested that all other papers on file in this action to date remain under seal and explained in support of that request that in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Upon consideration of the United States' notice of intervention and motion requesting that the seal in this file be partially lifted, and good cause having been shown in support of the United States' motion to partially lift the seal,

IT IS ORDERED that:

1. The seal shall be lifted as to the relators' complaints, the United States' Notice of Election to Intervene and Motion to Partially Lift the Seal, the United States' proposed order partially lifting the seal, and this Order. All other previously filed contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants.

2. Additionally, the seal shall be lifted as to all matters occurring after the date of this Order.

**IT IS SO ORDERED.**

Dated: January 10, 2020
Charleston, SC                    /s/ Margaret B. Seymour
                                  MARGARET B. SEYMOUR
                                  Senior United States District Judge